FILED
AUG 12 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2651-H |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| JOSE ROMERO-ALTAMIRANO, ) aka Jose Romero-Alta Mirano, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about July 13, 2008, within the Southern District of California, defendant JOSE ROMERO-ALTAMIRANO, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to United States Border Patrol agents that his name was Guadalupe Romero-Altamirano, whereas in truth and fact, as defendant

//
//
//
//
//

CJB:kmm:San Diego
8/11/08

1 | then and here well knew that statement and representation was false,
2 | fictitious and fraudulent when made; in violation of Title 18, United
3 | States Code, Section 1001.
4 | DATED: August 12, 2008.

KAREN P. HEWITT
United States Attorney

bo/ CARLA J. BRESSLER
Assistant U.S. Attorney