AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 12 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE ROMERO-ALTAMIRANO, aka Jose Romero-Alta Mirano | CASE NUMBER: 08CR2651-H |

I, <u>JOSE ROMERO-ALTAMIRANO</u>, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 Making a False Statement ~~1326(a) and (b) Deported Alien Found in the United States~~ (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/12/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jose Romero_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
      Judicial Officer